

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Jay Miranda,

\* From the 104th District Court
of Taylor County,
Trial Court No. 20545B.

Vs. No. 11-19-00207-CR

\* August 30, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Jay Miranda's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.